900 A.2d 318

IN THE MATTER OF FERNANDO J. JIMENEZ, AN ATTORNEY AT LAW (ATTORNEY NO. 045531999).

June 22, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–061, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **FERNANDO J. JIMENEZ** of **WEST NEW YORK**, who was admitted to the bar of this State in 1999, and who has been temporarily suspended from practice pursuant to *Rule* 1:20–13(b) since September 7, 2004, should be suspended from the practice of law for a period of eighteen months retroactive to the date of his temporary suspension, based on respondent's conviction of mail fraud and conspiracy to commit mail fraud, conduct in violation of *RPC* 8.4(b) (commission of a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness), and good cause appearing;

It is ORDERED that **FERNANDO J. JIMENEZ** is suspended from the practice of law for a period of eighteen months and until the further Order of the Court, retroactive to September 7, 2004; and it is further

ORDERED that **FERNANDO J. JIMENEZ** continue to be restrained and enjoined from practicing law during the period of his suspension and that he continue to comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.